| AUSA: | Nicholas McIntyre | Telephone: | (313) 226-9611 |
|---|---|---|---|
| Special Agent: | Steven Allick, ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Brandon Grimes

Case: 2:25−mj−30578
Assigned To : Unassigned
Assign. Date : 9/12/2025
Description: CMP USA v Grimes (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 10, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(n) | Received a firearm while under indictment. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven Allick, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 12, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Anthony P. Patti, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Allick, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May of 2014.  I am currently assigned to the Detroit Field Division.  I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia.  I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances.   Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

2.      During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics.  I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants.  I am familiar with and have employed various investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

3.     The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports and information from others who have personal knowledge of the events and circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Brandon GRIMES (DOB: XX/XX/2004) received a firearm while under indictment, in violation of 18 U.S.C. § 922(n) in the Eastern District of Michigan.

## PROBABLE CAUSE

5.     On August 19, 2025, a shooting occurred on southbound I-275, near Eureka Road, Romulus, MI. Two people were shot. Michigan State Police (MSP) investigated the shooting.

6.     As part of their investigation into this shooting, MSP executed a state search warrant at a residence in Detroit, MI on September 10, 2025.  GRIMES was inside the house. During the search, police found a Glock, Model 23C, .40 caliber pistol in a bedroom. Next to the pistol was a debit card with the name "Brandon Grimes" on it. (see picture below). In the same room, police also found ammunition, cellular devices, and documents with the name "Brandon Grimes."

2



7.       According to Michigan Law Enforcement Information Network (LIEN),

the Glock pistol was reported stolen out of Detroit, MI in January 2023. The Gock

was subsequently entered into the National Integrated Ballistics Information

Network (NIBIN) and preliminary results ballistically link this gun to a shooting in

Detroit in June 2025, where three people were shot.

3

8.      In a post *Miranda* interview, GRIMES admitted to purchasing the Glock pistol approximately two to three weeks ago.

9.      GRIMES is currently on probation under the Holmes Youthful Trainee Act (HYTA) beginning in April 2025 for felony food stamps fraud out of Michigan 16th circuit court, Macomb County, MI. In May of 2025, GRIMES was charged with carrying a concealed weapon, a felony punishable by more than one year of incarceration, in Wayne County, MI. On June 4, 2025, GRIMES was bound over to Michigan 3rd Circuit Court on the charge after a preliminary hearing. (Case No. 25-003403-01-FH). GRIMES was arraigned on June 18, 2025 and pled guilty as charged on August 18, 2025, with a sentencing agreement to HYTA. Sentencing is scheduled for September 15, 2025. Therefore, GRIMES was under indictment from June 4, 2025, to the present date and when he admitted to purchasing the Glock pistol.

10.     I spoke with ATF Interstate Nexus Expert, Special Agent Joshua McLean, who, based on its description, preliminarily opines that the Glock pistol was manufactured outside the State of Michigan. Therefore, it traveled in, and/or affected interstate commerce to arrive in the state of Michigan.

## CONCLUSION

11.     Probable cause exists that in or about August and September 2025, GRIMES received a firearm while under indictment, in violation of 18 U.S.C. § 922(n), in the Eastern District of Michigan.

Respectfully submitted,

Steven Allick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

DATE:     September 12, 2025

5